UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00022-FL-01

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>ALPHA OMEGA PRIVETTE,<br>　　　　Defendant. | ORDER |

This matter is before the Court on Defendant Privette's Motion to Seal Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal D.E. 38.

SO ORDERED.

This the 18th day of December, 2013.

_____
Louise W. Flanagan
U.S. District Court Judge