UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00022-FL-01

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ALPHA OMEGA PRIVETTE,
    Defendant.

**ORDER**

This matter is before the Court on Defendant Alpha Omega Privette's Motion to Seal Document, filed at D.E. 54.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Document filed at D.E. 54.

SO ORDERED.

This the 26th day of November, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

NPRAL1:1423792.1